**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Ray SALINAS, Defendant–Appellant.**

**No. 11–10803
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2012.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before SMITH, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Ray Salinas raises arguments that he

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

concedes are foreclosed by *United States v. Vickers,* 540 F.3d 356 (5th Cir.2008), and *United States v. Brown,* 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir.2006). In *Vickers,* this court held that the Texas offense of delivery of a controlled substance is a "serious drug offense" for purposes of the Armed Career Criminal Act, 18 U.S.C. § 924(e). *Vickers,* 540 F.3d at 366. In *Brown,* this court held that 18 U.S.C. § 3584 authorizes a district court to order a federal sentence to run consecutively to a yet-to-be-imposed state sentence. *Brown,* 920 F.2d at 1216–17; *see Setser v. United States,* —— U.S. ——, 132 S.Ct. 1463, 1468–73, 182 L.Ed.2d 455 (2012). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.